IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUDOLPH REESE,                    )
                                  )
            Plaintiff,            )
                                  )
        vs.                       )        No.  07 C 2567
                                  )
CITY OF CHICAGO, et al.,          )
                                  )
            Defendants.           )

## MEMORANDUM OPINION AND ORDER

The jury verdict was for the defendants and they submitted a bill of costs. The total amount is a modest $5,210.35, although even that may be well beyond the plaintiff's ability to pay. Plaintiff has objected to much of the bill of costs, specifying why, and claiming he should pay nothing. Defendants have chosen not to reply.

We could, we suppose, deny the entire bill because of defendants' failure to support it. We do not consider it our function to sort through costs that defendants have not thought worthwhile to justify. But, clearly, plaintiff owes something, even if it is only some fees for service of summons and subpoenas, or for depositions.

Perhaps the easiest way to proceed is to award costs not in dispute, and we do so. That means $80 for subpoenas and $1,557.50 for transcripts. We also award $457.35 for copies, being unpersuaded by plaintiff's objections, and $77 for the weather report, for a total of $2,171.85.

JAMES B. MORAN
Senior Judge, U. S. District Court

July 24 , 2008.